IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| ROBERT WILSON ADCOCK, | ) | Civil Action No. 7:14cv00137 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| LAWRENCE WANG, | ) | By: Norman K. Moon |
| Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Dr. Wang's motions for a protective order (docket no. 33) and for summary judgment (docket no. 16) are **GRANTED**, and this action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This __10th__ day of March, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE